IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSIE BADGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC.,<br><br>Defendant. | Case No. 16-cv-01055-RCM<br><br><br>Filed Electronically |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Josie Badger, and Defendant, 7-Eleven, Inc., by and through undersigned counsel, and hereby stipulate and agree that the Court may dismiss this action *with prejudice*, with each party to bear its own attorneys' fees, costs, expert fees, and expenses, if any, incurred in connection with this action. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules.

Dated: February 28, 2017

Respectfully Submitted,

By: */s/ Benjamin J. Sweet*
Benjamin J. Sweet (PA 87338)
Stephanie K. Goldin (PA 202865)
**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(p) 412.322.9243

*Attorneys for Plaintiff Josie Badger*

By: */s/ Alisa N. Carr*
Alisa N. Carr (Pa. I.D. No. 56658)
**LEECH TISHMAN**
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Tel: (412) 261-1600

*Attorneys for Defendant 7-Eleven, Inc.*

IT IS SO ORDERED, this 1st day of March, 2017.

s/ DAVID STEWART CERCONE
United States District Judge